UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLITO MENDOZA,<br><br>    Plaintiff(s),<br><br>  v.<br><br>KINDRED HEALTHCARE OPERATING INC., et al.,<br><br>    Defendant(s). | No. C11-0666 YGR (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO: Plaintiff(s) and Defendant(s) and their attorney(s) of record:

On February 7, 2012, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for March 13, 2012. Your statement was due March 6, 2012. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business **tomorrow, March 8, 2012**, Plaintiff(s) and Defendant(s) and their attorney(s) of record will be

///

///

1

sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: March 7, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2012\MENDOZA LATE PAPERS ORD.wpd

2