UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLITO MENDOZA,

    Plaintiff,

vs.

KINDRED HEALTHCARE OPERATING, INC., et al.,

    Defendants.

Case No.: C-11-00666-YGR

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

On February 29, 2012, the Court held a Pre-Summary Judgment Motion Conference and Case Management Conference. (Dkt. Nos. 27 & 30.) Since that date, on March 13, 2012, a Settlement Conference was held before Magistrate Judge Zimmerman. According to Dkt. No. 31, the case did not settle. A Case Management Conference is currently scheduled for April 2, 2012. (Dkt. No. 21.)

In light of the Conference held on February 29, 2012 and Defendants' indication that they would be filing a summary judgment motion, the Court does not see a need to hold a further conference and hereby VACATES the April 2, 2012 Case Management Conference. Unless requested by the parties, the Court will not schedule a further Case Management Conference in this action and will hold the Pretrial Conference on August 3, 2012 as scheduled. (Dkt. No. 21.) If the parties seek the Court's assistance, they should contact the Courtroom Deputy, Frances Stone, as soon as possible.

**IT IS SO ORDERED.**

Dated: March 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**